UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WU JIANG,

               Plaintiff,

    - against -

RIDGE TOOL COMPANY, EMERSON
ELECTRIC CO., HOME DEPOT U.S.A., INC.,
and JOHN DOES 1–10,

               Defendants.
------------------------------------------------------------X

**JUDGMENT**
15-CV-4124 (RRM) (PK)

A Memorandum and Order having been issued this date granting defendants' motion for summary judgment, it is hereby

ORDERED, ADJUDGED and DECREED that plaintiff take nothing from defendants, and this action is hereby dismissed with prejudice.

Dated: Brooklyn, New York
        March 27, 2018

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge